UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

ADRIENNE MOORE,

          Plaintiff,

     v.

APPLE INC.,

          Defendant.

Case No.  14-cv-02269-BLF

**ORDER OF RECUSAL**

      I, the undersigned Judge of the Court, finding myself disqualified from presiding over the above-entitled action, hereby recuse myself from this case and request that it be reassigned pursuant to the applicable provisions of the District's Assignment Plan.

      **IT IS SO ORDERED.**

Dated: May 19, 2014

_____
BETH LABSON FREEMAN
United States District Judge