| | |
|---|---|
| 1 | ROY A. KATRIEL (CA SBN 265463) |
| | rak@katriellaw.com |
| 2 | THE KATRIEL LAW FIRM |
| | 4225 Executive Square, Suite 600 |
| 3 | La Jolla, California 92037 |
| | Telephone: 858.242.5642 |
| 4 | Facsimile: 858.430.3719 |
| 5 | *Attorneys for Plaintiff Adrienne Moore* |
| 6 | DAVID M. WALSH (CA SBN 120761) |
| | DWalsh@mofo.com |
| 7 | KAI S. BARTOLOMEO (CA SBN 264033) |
| | KBartolomeo@mofo.com |
| 8 | MORRISON & FOERSTER LLP |
| | 707 Wilshire Boulevard |
| 9 | Los Angeles, California 90017-3543 |
| | Telephone: 213.892.5200 |
| 10 | Facsimile: 213.892.5454 |
| 11 | TIFFANY CHEUNG (CA SBN 211497) |
| | TCheung@mofo.com |
| 12 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 13 | San Francisco, California 94105-2482 |
| | Telephone: 415.268.7000 |
| 14 | Facsimile: 415.268.7522 |
| 15 | *Attorneys for Defendant Apple Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ADRIENNE MOORE, On Behalf of Herself and All Others Similarly Situated, | | Case No.   CV 14-2269 LHK |
| | Plaintiff, | **CLASS ACTION** |
| v. | | **STIPULATION AND [PROPOSED] ORDER TO AMEND BRIEFING DEADLINES PERTAINING TO DEFENDANT APPLE INC.'S MOTION TO DISMISS CLASS ACTION COMPLAINT** |
| APPLE INC., | | |
| | Defendant. | [N.D. CAL. CIVIL L.R. 6-1(b), 6-2] |
| | | Hon. Lucy H. Koh |
| | | Complaint Filed: May 15, 2014 |
| | | Trial Date: None Set |

1   Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Adrienne Moore and Defendant
2   Apple Inc., through their respective attorneys, hereby stipulate, subject to Court approval, as
3   follows:
4   WHEREAS, Plaintiff filed her Complaint in this case on May 15, 2014;
5   WHEREAS, on June 6, 2014 and on July 21, 2014, the parties stipulated to allow Apple
6   additional time to respond to the Complaint until and including July 24, 2014;
7   WHEREAS, on July 24, 2014, Apple timely filed a Motion to Dismiss Moore's Class
8   Action Complaint, and noticed a hearing on the Motion for November 13, 2014 at 1:30 p.m.--the
9   then first available hearing date on the Court's calendar;
10  WHEREAS, Moore's Response to Apple's Motion to Dismiss is due on or before August
11  7, 2014;
12  WHEREAS, the parties have conferred regarding scheduling conflicts, including briefing
13  and court appearance obligations of Moore's counsel, and have agreed to stipulate to extending
14  Plaintiff's time to respond to Apple's Motion and Apple's time to reply;
15  WHEREAS, counsel for the parties have telephonically met and conferred and agreed
16  upon an amended briefing schedule that would leave the hearing date on Apple's motion
17  unchanged;
18  WHEREAS, Moore's counsel has never sought any extension as to this motion or any
19  other deadline in this action;
20  Pursuant to Local Rules 6-1(b) and 6-2, IT IS HEREBY STIPULATED AND AGREED
21  by the parties that, subject to Court approval, the briefing schedule on Apple's pending motion to
22  dismiss shall be modified as follows:
23      1. Moore's Response to Apple's Motion To Dismiss the Class Action Complaint shall be
24         filed on or before August 21, 2014;
25      2. Apple's Reply In Support Of Its Motion To Dismiss the Class Action Complaint Shall
26         be filed on or before September 18, 2014;
27
28

1

3. The November 11, 2014 hearing date on Apple's Motion To Dismiss shall remain on calendar and unchanged, and there is no other deadline currently fixed by the Court in this action that would be affected by this Stipulation.

Dated: August 6, 2014

DAVID M. WALSH
TIFFANY CHEUNG
KAI S. BARTOLOMEO
MORRISON & FOERSTER LLP

By:  /s/ Tiffany Cheung
          Tiffany Cheung

*Attorneys for Defendant*
APPLE INC.

Dated: August 6, 2014

ROY A. KATRIEL
THE KATRIEL LAW FIRM

By:  /s/ Roy A. Katriel
          ROY A. KATRIEL

*Attorneys for Plaintiff*
ADRIENNE MOORE

**IT IS SO ORDERED.**

Dated: August 8, 2014

_/s/ Lucy H. Koh_
Hon. Lucy H. Koh
United States District Judge

2

*Filer's Attestation:* I, Roy A. Katriel, am the ECF user whose ID and password are being used to file this Stipulation. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that Tiffany Cheung has concurred in this filing.

Dated: August 6, 2014          /s/ Roy A. Katriel
                               _____
                               ROY A. KATRIEL
                               THE KATRIEL LAW

                               *Attorney for Plaintiff*
                               *ADRIENNE MOORE*

3