UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADRIENNE MOORE,<br><br>            Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>            Defendant. | Case No.  14-cv-02269-LHK<br><br>**ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT** |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for March 5, 2015 at 1:30 p.m. *See* Civ. L.R. 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by Monday, March 2, 2015, at 4 p.m.  The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." *Id.*

**IT IS SO ORDERED**.

Dated: February 27, 2015

_____
LUCY H. KOH
United States District Judge

1
Case No.: 14-cv-02269-LHK
ORDER DIRECTING PARTIES TO FILE A JOINT CASE MANAGEMENT STATEMENT