UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| ADRIENNE MOORE,<br><br>      Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>      Defendant. | Case No.: 14-cv-02269-LHK<br><br>**CASE MANAGEMENT ORDER** |

The March 5, 2014 case management conference is continued to March 18, 2015, at 2 p.m. The parties shall file their joint case management statement by March 11, 2015.

**IT IS SO ORDERED.**

Dated: March 2, 2015

                                    _Lucy H. Koh_
                                    LUCY H. KOH
                                    United States District Judge