UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADRIENNE MOORE,<br><br>           Plaintiff,<br><br>     v.<br><br>APPLE INC.,<br><br>           Defendant. | Case No.:14-cv-02269-LHK<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE GREWAL** |

The current referral judge for the above-captioned case is Magistrate Judge Howard R. Lloyd. This case is related to *Backhaut v. Moore*, 14-cv-02285, which is referred to Magistrate Judge Paul S. Grewal. As these cases will likely entail overlapping discovery issues, in the interest of judicial economy, the above-captioned matter is hereby referred to Magistrate Judge Paul S. Grewal.

**IT IS SO ORDERED.**

Dated: March 20, 2015

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

1

Case No.: 14-cv-02269-LHK
ORDER REFERRING CASE TO MAGISTRATE JUDGE GREWAL