DAVID M. WALSH (CA SBN 120761)
DWalsh@mofo.com
KAI S. BARTOLOMEO (CA SBN 264033)
KBartolomeo@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California  90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone:  415.268.7000
Facsimile:  415.268.7522

Attorneys for Defendant
APPLE INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADAM BACKHAUT, BOUAKHAY JOY BACKHAUT, and KENNETH MORRIS, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC.,<br><br>Defendant. | Case No.   5:14-cv-02285 LHK<br><br>**CLASS ACTION**<br><br>[~~PROPOSED~~] **ORDER GRANTING-IN-PART DEFENDANT APPLE INC.'S MOTION TO SHORTEN TIME FOR BRIEFING AND HEARING CONCERNING MOTION TO COMPEL AND FOR SANCTIONS (Dkt. 61)**<br><br>Hon. Paul S. Grewal<br><br>Complaint Filed:  May 16, 2014<br>Trial Date:  May 9, 2016 |

## [~~PROPOSED~~] ORDER

On May 29, 2015, Defendant Apple Inc. filed a Motion to Compel and for Sanctions ("Motion to Compel") to compel Plaintiffs to produce their mobile devices and to provide expert disclosures required under the parties' Protective Order. (Mot. to Compel (Dkt. 61).)

On May 29, 2015, Apple filed a Motion to Shorten Time for Briefing and Hearing Concerning Apple's Motion to Compel ("Motion to Shorten Time").

Having considered the Motion to Shorten Time, Plaintiffs' opposition thereto, and the entirety of the record, and finding that good cause has been shown, it is hereby **ORDERED**, that Apple's Motion to Shorten Time is GRANTED-IN-PART.

A hearing on Apple's Motion to Compel shall be held on June 9, 2015, at 10:00 a.m. Plaintiffs shall file their opposition to Apple's Motion to Compel by no later than 12:00 p.m. on June 8, 2015. Apple shall not file a reply brief.

**IT IS SO ORDERED.**

Dated: June 3, 2015

_____
The Honorable Paul S. Grewal
United States Magistrate Judge