UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ADRIENNE MOORE, | Case No. 14-cv-02269-LHK |
| Plaintiff, | **ORDER GRANTING-IN-PART RENEWED MOTIONS TO SEAL** |
| v. | |
| APPLE INC., | **(Re: Docket No. 161, 162)** |
| Defendant. | |

Before the court are two renewed administrative motions to seal.[1]  Both motions ask the court to reconsider a recent order in which it unsealed three documents.[2]  However, the motions also refer to documents on which the court did not rule, including expert reports and documents from non-party AT&T Mobility.[3]  The court DENIES without prejudice the requests to seal documents that the court has not previously ordered unsealed.  To the extent that the instant motions seek to seal documents that the court did order to be unsealed, the court rules on them as follows:

| **Document to be Sealed** | **Result** | **Reason/Explanation** |
| --- | --- | --- |

---

[1] *See* Docket Nos. 161, 162.

[2] *See* Docket No. 159.  The order denied a motion to seal that Plaintiff Adrienne Moore filed on June 8, 2015.  *See* Docket No. 77.

[3] *See* Docket No. 161; Docket No. 161-2; Docket No. 161-3; Docket No. 162 at 2-4.

1

Case No. 14-cv-02269-LHK
ORDER GRANTING-IN-PART RENEWED MOTIONS TO SEAL

| Exhibit A to the Murray Declaration (Expert Declaration of Matthew Green) | Designations highlighted in yellow at Docket No. 162-6 SEALED; all other designations UNSEALED. | Designated portions narrowly tailored to confidential business information. |
|---|---|---|
| Exhibit B to the Murray Declaration (Expert Declaration of Mark Dwyer) | Designations highlighted in yellow at Docket No. 162-8 SEALED; all other designations UNSEALED. | Designated portions narrowly tailored to confidential business information. |
| Exhibit C to the Murray Declaration (Restricted Competitors List) | UNSEALED | Designated portions are not confidential business information. |

**SO ORDERED.**

Dated: December 3, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge

2

Case No. 14-cv-02269-LHK
ORDER GRANTING-IN-PART RENEWED MOTIONS TO SEAL