ROY A. KATRIEL (CA SBN 265463)
rak@katriellaw.com
THE KATRIEL LAW FIRM
4225 Executive Square, Suite 600
La Jolla, California 92037
Telephone: 858.242.5642
Facsimile: 858.430.3719

*Counsel for Plaintiff Adrienne Moore*

DAVID M. WALSH (CA SBN 120761)
DWalsh@mofo.com
KAI S. BARTOLOMEO (CA SBN 264033)
KBartolomeo@mofo.com
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, California 90017-3543
Telephone: 213.892.5200
Facsimile: 213.892.5454

TIFFANY CHEUNG (CA SBN 211497)
TCheung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

*Attorneys for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIENNE MOORE, on behalf of herself and all others similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　　　Defendant. | Case No.   5:14-cv-02269 LHK<br><br>**CLASS ACTION**<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT** |

**UPDATED JOINT CASE MANAGEMENT STATEMENT**

Plaintiff ADRIENNE MOORE ("Plaintiff") and Defendant APPLE INC. ("Apple"), by and through their counsel, hereby submit this Updated Joint Case Management Statement in connection with the March 9, 2016 Further Case Management Conference.

The Parties' last Updated Case Management Statement was filed on January 20, 2016. (Dkt. No. 169.) The Parties hereby incorporate by reference and respectfully refer the Court to that filing's recitation of the pleadings status and procedural posture of this case. The parties provide the following updates:

### 1. *Rule 23(f) Petition*

On December 4, 2015, Plaintiff filed a Petition for Permission to Appeal Under 23(f) with the United States Court of Appeals for the Ninth Circuit. (Fed. Cir. Appeal No. 15-80209, Dkt. No. 1.) Apple filed a response to that Petition on December 14, 2015. (*Id*. at Dkt. No. 2.) The Petition is pending.

### 2. *Further Mediation and Request for Settlement Conference*

The Parties attended a further mediation session on February 17, 2016, before the Honorable Edward A. Infante (Ret.). The case did not settle. The Parties jointly request that this matter be referred to a Settlement Judge.

### 3. *Upcoming Dates and Deadlines*

The Final Pretrial Conference is scheduled for April 21, 2016, at 1:30 PM. Trial is set for May 9, 2016, at 9:00 AM.

//
//
//
//
//
//
//

Dated: March 2, 2016

        ROY A. KATRIEL
        THE KATRIEL LAW FIRM

        /s/ Roy A. Katriel
        ROY A. KATRIEL

        Attorneys for Plaintiff
        ADRIENNE MOORE

Dated: March 2, 2016

        DAVID M. WALSH
        TIFFANY CHEUNG
        KAI S. BARTOLOMEO
        MORRISON & FOERSTER LLP

        /s/ David M. Walsh
        DAVID M. WALSH

        Attorneys for Defendant
        APPLE INC.

1  I, David M. Walsh, am the ECF user whose ID and password are being used to file this
2  Updated Joint Case Management Statement.  In compliance with Civil Local Rule 5-1(i)(3), I
3  hereby attest that Roy A. Katriel has concurred in this filing.

5  Dated: March 2, 2016                    DAVID M. WALSH
                                            TIFFANY CHEUNG
6                                           KAI S. BARTOLOMEO
                                            MORRISON & FOERSTER LLP

                                            By:  /s/ David M. Walsh
                                                  DAVID M. WALSH

                                                  Attorneys for Defendant
                                                  APPLE INC.