UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADRIENNE MOORE,<br><br>        Plaintiff,<br><br>   v.<br><br>APPLE INC.,<br><br>        Defendant. | Case No. 14-CV-02269-LHK<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REFERRING THE PARTIES TO A SETTLEMENT CONFERENCE** |

The Case Management Conference set for March 9, 2016 is hereby CONTINUED to April 21, 2016 at 1:30 p.m., concurrent with the Pretrial Conference. The parties are referred to a settlement conference with Magistrate Judge Cousins with a deadline of April 15, 2016. The Court advises the parties that Judge Cousins' current availability for a settlement conference is April 5, 2016 and April 7, 2016. The parties shall contact Judge Cousins' courtroom deputy as soon as possible to schedule the settlement conference. If the parties are not available on these dates, then the parties shall request another referral from the Court.

**IT IS SO ORDERED.**

1

Case No. 14-CV-02269-LHK
ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND REFERRING THE PARTIES TO A SETTLEMENT CONFERENCE

1   Dated: March 2, 2016

2   _____
LUCY H. KOH
3   United States District Judge