1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

ADRIENNE MOORE,

                Plaintiff,

         v.

APPLE, INC.,

          Defendants.

Case No. 14-cv-02269 LHK  (NC)

**ORDER SETTING**
**SETTLEMENT CONFERENCE**

This case was referred to this Court by District Judge Lucy H. Koh for a settlement conference. The conference will be held on **April 1, 2016 at 9:30 a.m.** in Courtroom 7, 4th Floor, 280 South First Street, San Jose, California.  If a party is unable to participate in the conference on this date, that party must meet and confer with opposing counsel to find another date on which all parties are available and then contact courtroom deputy Lili Harrell as soon as possible at Lili_Harrell@cand.uscourts.gov or 408.535.5343.  Please see this Court's Settlement Conference Standing Order for more information.

      IT IS SO ORDERED.

      DATED:  March 3, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge