ROY A. KATRIEL (265463)
THE KATRIEL LAW FIRM
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: (858) 242-5642
Facsimile:  (858) 430-3719
Email: rak@katriellaw.com

*Counsel for Plaintiff Adrienne Moore*

DAVID M. WALSH (120761)
KAI S. BARTOLOMEO (264033)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454
Email:  dwalsh@mofo.com
            kbartolomeo@mofo.com

TIFFANY CHEUNG (211497)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: tcheung@mofo.com

*Counsel for Defendant Apple Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| ADRIENNE MOORE, On Behalf Of Herself And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | **Case No.: 5:14-cv-2269-LHK**<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S PERSONAL APPEARANCE AT SETTLEMENT CONFERENCE**<br><br>**Settlement Judge: Hon. Nathaniel Cousins**<br>**Settlement Conference Date: April 1, 2016**<br>**Settlement Conference Time: 9:30 am**<br>**Courtroom: 7, 4th Floor** |

1   WHEREAS, on March 2, 2016, the Honorable Lucy H. Koh, the presiding judge in the
2   above-entitled action, referred the parties to a Settlement Conference before the Honorable
3   Nathaniel Cousins;
4   WHEREAS, on March 3, 2016, Magistrate Judge Cousins scheduled the Settlement
5   Conference for April 1, 2016 at 9:30 am;
6   WHEREAS, pursuant to Magistrate Judge Cousins' Settlement Conference Standing
7   Order, all parties and their counsel are required to attend the settlement conference in person, not
8   by telephone;
9   WHEREAS, this action was filed as a putative class action on behalf of a putative class of
10  former Apple iPhone owners, and Plaintiff Adrienne Moore was the named plaintiff;
11  WHEREAS, on August 4, 2015, the Court denied Plaintiff Adrienne Moore's motion for
12  class certification and on November 20, 2015, the Court denied Plaintiff's motion for leave to file
13  a motion for reconsideration of the Court's denial of class certification;
14  WHEREAS, on December 4, 2015, Plaintiff filed a Rule 23(f) Petition before the United
15  States Court of Appeals for the Ninth Circuit seeking permission to appeal the district court's
16  denial of class certification on an interlocutory basis, and that Petition has yet to be ruled upon by
17  the Ninth Circuit;
18  WHEREAS, in support of her motion for class certification, Plaintiff's expert economist
19  opined that the averaged damages per individual class member amounted to $3.46;
20  WHEREAS, given the current posture of the case where class certification has been
21  denied and no decision on the pending Rule 23(f) Petition has been issued to date, the pertinent
22  controversy for settlement purposes centers on any amount of attorneys' fees and costs that may
23  be offered or agreed upon, as opposed to the alleged de minimis individual damages sustained by
24  Ms. Moore;
25  WHEREAS, Plaintiff resides in Los Angeles, works there, and has a son there, such that
26  traveling to San Jose in order to appear in person at the April 1st Settlement Conference would
27  pose a burden, particularly when she may be called upon to appear again at the upcoming trial
28  scheduled for May 9, 2016;

1

WHEREAS, Plaintiff has given her counsel full authority with respect to the Settlement Conference and will remain available to engage counsel and the Settlement Conference judge by telephone during the Settlement Conference;

WHEREAS, counsel for the parties have conferred and agreed that Ms. Moore's in-person attendance at the April 1st Settlement Conference may be excused provided she remain available to telephonically obtain any communications from the Court or counsel during the Settlement Conference;

The parties to the above-entitled action hereby Stipulate and agree, subject to Court approval, as follows:

1. Plaintiff Adrienne Moore's in-person attendance at the April 1, 2016 shall not be required, provided that Ms. Moore shall remain accessible by telephone to receive any communications from the Court or counsel during the Settlement Conference.

Respectfully submitted,

Dated: March 25, 2016         /s/ Roy A. Katriel
                              Roy A. Katriel
                              THE KATRIEL LAW FIRM

                              *Counsel for Plaintiff Adrienne Moore*

Dated: March 25, 2016         /s/ David M. Walsh
                              David M. Walsh
                              MORRISON & FOERSTER, LLP

                              *Counsel for Defendant Apple Inc.*

<u>Attestation</u>: The filer of this document attests that the concurrence of the signatories thereunto has been obtained.

**IT IS SO ORDERED.**

Dated: ___March 28___, 2016    By:_____



2