ROY A. KATRIEL (265463)
THE KATRIEL LAW FIRM
4225 Executive Square, Suite 600
La Jolla, CA 92037
Telephone: (858) 242-5642
Facsimile: (858) 430-3719
Email: rak@katriellaw.com

*Counsel for Plaintiff Adrienne Moore*

DAVID M. WALSH (120761)
KAI S. BARTOLOMEO (264033)
MORRISON & FOERSTER LLP
707 Wilshire Boulevard
Los Angeles, CA 90017-3543
Telephone: (213) 892-5200
Facsimile: (213) 892-5454
Email:  dwalsh@mofo.com
          kbartolomeo@mofo.com

TIFFANY CHEUNG (211497)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
Email: tcheung@mofo.com

*Counsel for Defendant Apple Inc.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ADRIENNE MOORE, On Behalf Of Herself And All Others Similarly Situated,<br><br>Plaintiffs,<br><br>vs.<br><br>APPLE INC.,<br><br>Defendant. | **Case No.: 5:14-cv-2269-LHK**<br>**STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P. 41(a)(1)(A)(ii)**<br><br>**Judge: Hon. Lucy H. Koh**<br>**Courtroom: 8, 4th Floor** |

WHEREAS, on April 1, 2016, the parties, through their counsel, attended a Settlement Conference before the Honorable Nathaniel Cousins;

The parties to the above-entitled action hereby Stipulate and agree, pursuant to Federal Rule of Civil Procedure 4l(a)(1)(A)(ii), that the above-entitled action is hereby dismissed with prejudice in its entirety.  The parties request that the Court retain jurisdiction to enforce the settlement agreement, only.

Dated:  April 4, 2016

Respectfully submitted,
 /s/ Roy A. Katriel
Roy A. Katriel
THE KATRIEL LAW FIRM

*Counsel for Plaintiff Adrienne Moore*

Dated:  April 4, 2016

 /s/ David M. Walsh
David M. Walsh
MORRISON & FOERSTER, LLP

*Counsel for Defendant Apple Inc.*

<u>Attestation</u>: The filer of this document attests that the concurrence of the signatories thereunto has been obtained.