UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ADRIENNE MOORE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No. 14-CV-02269-LHK<br><br>**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Re: Dkt. No. 178 |

The parties' stipulation of dismissal with prejudice is GRANTED. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: April 6, 2016

*Lucy H. Koh*
LUCY H. KOH
United States District Judge