**FILED**

**APR 11 2016**

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ADRIENNE MOORE,<br><br>      Plaintiff - Petitioner,<br><br>v.<br><br>APPLE INC.,<br><br>      Defendant - Respondent. | No. 15-80209<br><br>D.C. No. 5:14-cv-02269-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

Petitioner's April 1, 2016 unopposed motion to withdraw the petition is granted.  This petition is withdrawn.  *See* Fed. R. App. P. 42(b).

All pending motions are denied as moot.  The Clerk shall strike the provisionally sealed exhibits filed on December 4, 2015 and March 17, 2016.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Sarah Fleischer-Ihn
Motions Attorney/Deputy Clerk

SFI/MOATT